1   BENJAMIN B. WAGNER
    United States Attorney
2   YOSHINORI H. T. HIMEL #66194
    Assistant United States Attorney
3   Eastern District of California
    501 I Street, Suite 10-100
4   Sacramento, CA 95814-2322
    Telephone:  (916) 554-2760
5   Facsimile:  (916) 554-2900
    Email: yoshinori.himel@usdoj.gov
6
7   Attorneys for Petitioner, United States of America

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,        )   Case No. 1:11-cv-01241-LJO-GSA
                                     )
12                  Petitioner,      )
                                     )   **ORDER TO DISMISS AND CLOSE**
13          v.                       )   **CASE**
                                     )
14  ERNEST QUIER,                    )   TAXPAYER: E.A. QUIER, INC.
                                     )
15                  Respondent.      )
    _____ )
16

17          On September 22, 2011, petitioner filed a notice of compliance in this tax

18  summons enforcement proceeding.  Based upon this notice, this Court DISMISSES this

19  action WITHOUT PREJUDICE and directs the clerk to close the file.

20          IT IS SO ORDERED.

21  **Dated:    November 18, 2011**        /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28