BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA 95814-2322
Telephone:  (916) 554-2760
Facsimile:  (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner, United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cv-01241-LJO-GSA |
| Petitioner, | |
| v. | **ORDER TO DISMISS AND CLOSE CASE** |
| ERNEST QUIER, | TAXPAYER: E.A. QUIER, INC. |
| Respondent. | |

On September 22, 2011, petitioner filed a notice of compliance in this tax summons enforcement proceeding.  Based upon this notice, this Court DISMISSES this action WITHOUT PREJUDICE and directs the clerk to close the file.

IT IS SO ORDERED.

**Dated:   November 18, 2011**           **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE